FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2018 OCT 25  P 2: 07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ-515 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| SAMANTHA J. SEMEJA, | ) | Court Date: November 14, 2018 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 6675002)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 31, 2018, at Marine Corps Base, Quantico, Virginia, within the Eastern District of Virginia, the defendant, SAMANTHA J. SEMEJA, did unlawfully, knowingly, and willfully steal, purloin, and knowingly convert to her use or the use of another, property of the United States or any department or agency thereof, specifically: eight (8) fragrance products, the property of the Marine Corps Exchange, said property having a value of less than one thousand ($1,000) dollars.

(Violation of Title 18, United States Code, Section 641)

Respectfully Submitted,

Zachary Terwilliger
United States Attorney

_____
Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __25__ day of October 2018 to the defendant's home of record.

By: _____
Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov